BEFORE THE FIRST DIVISION, APRIL 10, 1967

**No. P67/98.**—Gillespie & Co. of N.Y., Inc. *v.* United States, protest 64/205 (New York).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of miniature motors similar in all material respects to those the subject of *James G. Wiley*

*Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.